BUCKLEY, WOODHULL & BURNS, INCORPORATED, Respondent, *v.* JAMES J. FRAWLEY, Appellant.

*Buckley, Woodhull & Burns* v. *Frawley,* 138 App. Div. 895, affirmed.

(Argued April 12, 1912; decided May 7, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 5, 1910, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for goods alleged to have been sold and delivered.

*Edward Weiss* and *Nathan Burkan* for appellant.

*James A. C. Johnson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, HISCOCK, CHASE and COLLIN, JJ. Absent: WILLARD BARTLETT, J.

---

ROBERT L. SEARCHY, Respondent, *v.* CASUALTY COMPANY OF AMERICA, Appellant.

*Searcy* v. *Casualty Co. of America,* 149 App. Div. 316, appeal dismissed.

(Argued April 29, 1912; decided May 7, 1912.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 23, 1912, affirming a judgment in favor of plaintiff entered upon a verdict in an action on a contract for services.

The motion was made upon the ground that the appeal was from an unanimous affirmance in an action specified in subdivision 2 of section 191 of the Code of Civil Procedure and that permission to appeal had not been obtained.

*I. R. Oeland* for motion.

*Theodore R. Lord* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.